

No. 17–0491/AR.   U.S. v. Nicholas S. Marcum.   CCA 20150500.   Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to July 17, 2017.

Thursday, July 6, 2017

42–305175 No. 17–0329/AR.   U.S. v. Randy L. Simpson Jr., CCA 20140126.   On consideration of Appellee's motion to dismiss the certificate for grant of review and motion to attach appellate exhibits, it is ordered that said motion to dismiss the certificate is hereby denied, and said motion to attach appellate exhibits is hereby granted in part to admit defense appellate exhibits A and C, but denied in part to attach defense appellate exhibit B.

No. 17–0493/AF.   U.S. v. Chad M. Williams.   CCA S32368.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 25, 2017.

